**Opinion issued December 10, 2013.**



In The

# Court of Appeals

For The

# First District of Texas

————————————————

## NO. 01-12-01066-CV

————————————————

## IN RE THE HOUSTON AERONAUTICAL HERITAGE SOCIETY, INC., Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

The Houston Aeronautical Heritage Society, Inc. has filed a petition for writ of mandamus challenging the temporary injunction entered by the trial court after its final judgment.[1] We deny the petition.

### PER CURIAM

---

[1] The underlying case is *The Houston Aeronautical Heritage Society, Inc. v. Graves et al.*, No. 2011-63921, in the 334th District Court of Harris County, Texas, the Honorable Ken Wise presiding.

Panel consists of Justices Jennings, Sharp, and Brown.